UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRADLEY JOSEPH STEIGER,

Petitioner,

v.

UNITED STATES FEDERAL PROBATION OFFICE,

Respondent.

Case No. 19-cv-02882-RS (PR)

**ORDER OF TRANSFER**

This federal habeas action is TRANSFERRED to the United States District Court for the Middle District of Alabama, the court that sentenced petitioner and devised the terms of his supervised release. 28 U.S.C. § 1631. Petitioner filed suit here in the Northern District of California to modify the terms of his supervised release. Jurisdiction, however, properly lies with the court that imposed sentence. "A court, after imposing a sentence, may transfer jurisdiction over a probationer or person on supervised release to the district court for any other district to which the person is required to proceed as a condition of his probation or release, or is permitted to proceed, with the concurrence of such court. A later transfer of jurisdiction may be made in the same manner." 18 U.S.C. § 3605. There is nothing in the record indicating that jurisdiction was transferred to this Court, nor is there anything indicating that petitioner is permitted to be in California under the terms of his release. The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: August 20, 2019

_____
RICHARD SEEBORG
United States District Judge